# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.R. BERKLEY CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER NOLAN,<br><br>Defendant. | Civil Action No. 22-1537 (GBW) |

## SUPPLEMENTAL SCHEDULING ORDER

AND NOW, this 16th day of January 2024, IT IS HEREBY ORDERED as follows:

1. The Court will hold a three-day bench trial in this action beginning on April 22, 2024, beginning at 9:00 a.m. The Court will allocate up to fifteen (15) hours for the three-day bench trial with the time to be split equally between the two sides (7.5 hours per side).

2. Each side may submit one (1) trial brief prior to the bench trial. Each side's trial brief should set forth a summary of their position on each of the remaining claims, counterclaims and/or defenses to be tried and an explanation of the factual and legal bases for their respective positions. Each side's trial brief shall be limited to twenty (20) pages or less. Plaintiff's trial brief shall be due on or before March 22, 2024. Defendant's trial brief shall be due on or before April 5, 2024. There shall be no reply trial briefs filed.

3. With respect to the parties' post-trial submissions of proposed findings of fact and conclusions of law, the following schedule shall apply: (i) On or before May 24, 2024, Plaintiff shall file its Proposed Findings of Fact and Conclusions of Law; and (ii) On

or before June 24, 2024, Defendant shall file his Proposed Findings of Fact and Conclusions of Law. The parties' respective Proposed Findings of Fact and Conclusions of Law shall not exceed twenty (20) pages and should include pinpoint cites to the record.

4. With respect to the post-trial motions, including but not limited to post-trial motions under Federal Rule of Civil Procedure 59, the following schedule shall apply: (i) On or before twenty-eight (28) days after the Court's entry of judgment, all post-trial motions and Opening Briefs are due; (ii) On or before fourteen (14) days after Opening Briefs are filed, the opposing party's Answering Brief is due; and (iii) On or before seven (7) days after the filing of the opposing party's Answering brief, the Reply Brief is due. Each side shall be limited to one combined total of twenty (20) pages of Opening Brief(s), twenty (20) pages of Answering Brief(s), and ten (10) pages of Reply Brief(s) relating to any post-trial motions filed by either side, no matter how many such motions are filed.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE