IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. R. BERKLEY CORP., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER NOLAN, <br><br> Defendant. | Civil Action No. 22-1537-GBW |

## ORDER

At Wilmington this 29th day of October, 2024, **IT IS HEREBY ORDERED** as follows:

1. The Court concludes that Mr. Nolan breached the RSU Agreements.

2. The Court concludes that the Compensation Committee's determination that Mr. Nolan engaged in a Competitive Action was not made in bad faith.

3. Within fourteen (14) days of this Order, the parties shall meet and confer in attempt to reach agreement on the amount of damages and interest that Mr. Nolan must pay Berkley. If the parties are able to reach agreement, they shall file a stipulation within fourteen (14) days of this Order. If the parties are unable to reach agreement, Berkley shall file a motion for damages, consistent with the Court's Opinion, within twenty-one (21) days of this Order. Mr. Nolan shall file any opposition within fourteen (14) days of Berkley's motion, and Berkley shall file any reply within seven (7) days of Mr. Nolan's opposition. Any opening or answering briefs regarding damages filed in connection with this Order shall not exceed ten (10) pages and any reply brief shall not exceed five (5) pages.

4. If the parties are able to reach agreement, they shall also meet and confer and submit a proposed form of judgment consistent with this Opinion within fourteen (14) days of this Order.

                                                                GREGORY B. WILLIAMS
                                          UNITED STATES DISTRICT JUDGE