# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. R. BERKLEY CORPORATION, a Delaware corporation, | : :  :  : |
| Plaintiff, | : : |
| v. | : :  C.A. No. 22-01537-GBW |
| CHRISTOPHER NOLAN, | : :  : |
| Defendant. | : |

## STIPULATED [PROPOSED] FINAL JUDGMENT

The Court issued its Opinion [D.I. 36] and Order [D.I. 37] on October 29, 2024.

Consistent with the Court's instructions in the Order, as extended by the Court, the parties have met and conferred and hereby stipulate and agree to the form of entry of a final judgment in this case as follows:

| | |
|---|---|
| Principal Amount: | $283,016.60 |
| Prejudgment Interest: | $ 50,381.16 |
| Costs: | $ 1,197.99 |
| TOTAL: | $334,595.75 |

together with post-judgment interest in accordance with 28 U.S.C. § 1961 at the rate of agreed upon rate of 4.19% per annum (daily rate of $38.40) until the judgment is paid in full. Plaintiff waives post-judgment interest if the judgment is paid in full on or before 14 days after entry.

_____
GREGORY B. WILLIAMS, U.S.D.J.

Dated: November 14, 2024

AGREED TO AS TO FORM:

ROBINSON & COLE LLP

/s/ Curtis J. Crowther
_____
Curtis J. Crowther. (No. 3238)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1707
Email: ccrowther@rc.com

*Attorneys for Plaintiff,*
*W. R. Berkley Corporation*


BENESCH FRIEDLANDER COPLAN
 & ARONOFF LLP

/s/ Noelle B. Torrice
_____
Noelle B. Torrice (No. 5957)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801-6101
Telephone: (302) 442-7056
Email: ntorrice@beneschlaw.com

*Attorneys for Defendant,*
*Christopher Nolan*